Your Name: | NEIL W. PRESCOTT, RCE, CIVIL ENGINEER

Your Address: | 14474 LA HABRA RD.,VICTORVILLE, CA. 92392

Phone Number: | TEL. 760-955-7223

Email Address: | KLSENGR2@GMAIL.COM

Pro Se Plaintiff | ASSIGNMENT OF ATTORNEY MOTION FILED US DIST. CT. NORTHERN CALIF.

③ FILED

AUG 21 2025

ISS 2/3 Summons

CLERK, U.S. DISTRICT COURT NORTH DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

CV25    7081    TSH

NEIL W. PRESCOTT, RCE, CIVIL ENGINEER

Plaintiff,

v.  BAYER CO./ SUBSIDIARY MONSANTO CHEMICAL CO. ET AL
HOME DEPOT CORP.
LOWES HOME IMPROVEMENT CORP.

Defendant.

Case Number    [leave blank]

**COMPLAINT**

DEMAND FOR JURY TRIAL

Yes ☐    No ☒

## I.    PARTIES

1. Plaintiff. [Write your name, address, and phone number. Add a page for additional plaintiffs.]

Name: | NEIL W. PRESCOTT, RCE, CIVIL ENGINEER

Address: | 14474 LA HABRA RD., VICTORVILLE, CALIFORNIA 92392

Telephone: | 760-955-7223

2. Defendants. [Write each defendant's full name, address, and phone number.]

Defendant 1:
Name: | Bayer AG Corp. / subsidiary Monsanto Chemical Co. Product Manufacturers

Address: | 100 Bbayer Blvd., Whippany NJ 07981

Telephone: | 862-404-3000,

Defendant 2:

COMPLAINT    PAGE 1 OF 7    JDC TEMPLATE, UPDATED 11/2024

Name: | HOME DEPOT CORPORATION | Vendor

Address: | 2455 Paces Ferry Road, Atlanta, GA 30339-1834

Telephone: | 1-800-430-3376

Defendant 3:

Name: | LOWES HOME IMPROVEMENT CORP. | Vendor

Address: | 1000 Lowe's Blvd, Mooresville, NC 28117

Telephone: | +1 800-445-6937)

## II.    JURISDICTION

Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.

3.  My case belongs in federal court

☐ under <u>federal question jurisdiction</u> because it involves a federal law or right.

Which federal law or right is involved?

_____

☒ under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the defendants <u>and</u> the amount of damages is more than $75,000.

## III.    VENUE

The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma.  If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit.  Check the box for each venue option that applies.

4.  Venue is appropriate in this Court because:

☒ a substantial part of the events I am suing about occurred as precedents in previous cases and all cases in the Western US Courts were referred to the US Dist. Ct.-No. Calif.

☐ a substantial part of the property I am suing about is located in this district.

☐ I am suing the U.S. government, federal agency, or federal official in his or her official capacity <u>and</u> I live in this district.

[X] at least one defendant is located in this District and any other defendants are located in California.

Defendant Counsel for Service - Winston & Straw, LLP, 101 California St., San Francisco, Ca. 94111-5891, Tel. 415-591-1000.

## IV.    INTRADISTRICT ASSIGNMENT

This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka-McKinleyville. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka-McKinleyville division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.

5. Because this lawsuit arose in San Diego County, Ca. and Mesa County, Az. it should be assigned to the San Francisco Division of this Court which has litigated in all previous cases of Plaintiffs vs Monsanto as manufacturers and Home Depot and Lowes Corp. as vendors.

## V.    STATEMENT OF FACTS

Write a short and simple description of the facts of your case. Include basic details such as <u>where</u> the events happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph, **starting with paragraph number 6**. Use more pages as needed.

## CASE SUMMARY

Pillar Barron/Felix Prescott, wife of Neil W. Prescott was a bilingual security yard supervisor at the Mesa Public Schools, Mesa, Az., Corona-Norco School District  Corona, Ca. , Chula Vista Elementary School District, Chula Vista, Ca., Chino Hills School District, Chino, Ca. and the Victorville Elementary School District from 1986 to 2005. Documents that are attached show exemplary performance. She passed away on 5 Feb. 2005 because of Lymphoma tumors as shown on the demise certificate. Cancers caused by round-up glyophosphate chemical are Non-Hodgkin's Lymphoma,Large B Cell Lymphoma, Follicular Lymphoma, Mantle Cell Lymphoma, Lymphoplasmacytic Lymphoma,Mycosis Fungoides Lymphoma, Burkitt Lymphoma and Small Lymphocytic Lymphoma. Non-Hodgkin Lymphoma (NHL) is a type of cancer that affects the lymphatic system, usually found in the lymph nodes.

Case Legal Verification: A motion for Assignment of Attorney has been filed with the Court. The court is respectfully requested to litigate the pleading compliant after approval of Assignment of Attorney.

Roundup Chemical was applied at night by maintenance workers in accordance with procedures utilized by the Arizona State Highway Dept. and the California Highway Dept. in the weed abatement on State Highways. There was no posting of chemical hazards in the grassed areas of schoolgrounds as required under Federal and State EPA regulations.

## CLAIMANT ALLEGES THAT DEFENDANTS BY:

Negligence or Wrongful Acts associated with the Product Round Up Weed Abatement Chemical which contains the chemical glyophosphate did cause the premature death of Pillar Barron/Felix Prescott on Feb. 5, 2020 at the age of 75 years with the illness of Non-Hodgkin's Lymphoma. See the attached demise certificate. Sibling female sisters in Mexico were not exposed to Round Up Chemical and survive with extended life spans as of this date.

1. The death was caused by the negligence or wrongful acts of Defendants

2. Duty of Care: The defendants Users owed a duty of care to the deceased.

3. Breach of Duty: The defendants Users breached that duty of care.

4. Causation: The breach of duty by Manufacturer, Defendants and Conspiracy of Manufacturer, Vendors to Users, and Users, directly caused the demise.

5. Compensation: Compensation is sought for the loss of companionship and emotional support, as well as loss of consortium, the loss of marital relations and emotional and physical companionship, affection, and support, including loss of comfort, care, assistance, moral support, and the ability to enjoy sexual relations.

## Damages Sought:

Chemical originator: Monsanto - Compensatory - $39.3m, Past Non Economic loss - $4m, Future Non Economic Losses- $14M, Punitive Damages $250m. Chemical Vendors: Home Depot Corp. - $5m Lowes Corp. - $5m.

## VI.    CLAIMS

### First Claim

Name the law or right violated:

Product Liability - US Code - 15 U.S. Code § 3901

Name the defendants who violated it:

Bayer AG Corp. / Subsidiary Monsanto Chemical Corp. - Manufacturer, Home Depot Corp. - Vendor, Lowes Home Improvement Corp. - Vendor

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer to your statement of facts.

Reference is made to statement of facts.

Case Jurisdiction:

Plaintiff claim that case jurisdiction before the US District Court - Northern California is appropiate because the case damages occurred in California and Arizona. Plaintiff additionally argues that case jurisdiction is appropiate because all the precedent cases were transferred or litigated before the US Dist. Ct.

– Northern California, the California Supreme Court @ San Francisco and the 9th Circuit US Court of Appeals, San Francisco, Ca.

PRECEDENT CASES:

1. Alva Pilliod & Alberta Pilliod vs Monsanto - Alameda County, Ca. NWPILITRPTS, 234,2019 WL 3810139 CAL SUPERIOR CT. $37,158,000, 213M PUNITIVE DAMAGES.

2. Anthony Jewell vs Walmart, 2020 WI 8213332, WD ARKANSAS - $34,000,000.

3. Hardeman vs Monsanto JVR WESTLAW 1904290012. US Dist Ct. Northern - CALIF. $80,267,634

4. Dwayne Lee Johnson vs Monsanto , City and County of San Francisco Superior Ct. A155940,A1577 6, No. CGC - 16-550128, $57,300,000 and Punitive Damages $250M.

## LEGAL ASSISTANCE:

The LRS at the State Bar notified Plaintiff that assistance could not be rendered for assitance with survey of counsel practicing before the US Dist. Court-San Francisco but could render assistance if filed Pllaintiff Pro Se. Plaintiff is not qualified with expertise or work experience to file Plaintiff Pro Se. Plaintiff has filed a motion with the court for Assignment of Attorney.

## EQUITABLE TOLLING OF CASE

Plaintiff has been unable to secure an Attorney because a tenet of the case is is application of the Discovery Rule with Equitable modification of the Statute of Limitations from time of demise 05 Feb 2000 to 05 May 2025. Under the discovery rule the statute of limitations may be extended if the cause of demise was not immediately apparent or the family did not discover the negligence that caused the demise may be discovered after the statute of limitations has expired.

Application of the equitable tolling rule is based on the fact that plaintiff husband Neil W. Prescott, Age 90, was medically incapacitated with multiple operational medical procedures from 2018 to 2025 with prostrate operation surgically, prostrate nuclear laser treatment, seven (7) procedures of stents, surgeries, removal of cancerous bladder and placement of hernia stoma for fluid discharge, implacements of stents in the left leg and two radical lumbar disk surgeries.

## VII.    DEMAND FOR RELIEF

State what you want the Court to do.  Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something.  If you are asking for money, you can say how much you are asking for and why you should get that amount or describe the different kinds of harm caused by the defendant.

Award Plaintiff sums **Damages Sought:**

Chemical originator: Bayer/Monsanto - Compensatory - $39.3m,

Past Non Economic loss - $4m, Future Non Economic Losses- $14M, Punitive Damages $250m.

Chemical Vendors:  Home Depot Corp. - $5m,  Lowes Corp. - $5m.

## VIII.    DEMAND FOR JURY TRIAL

Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.

☐ Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 16 August 2025    Sign Name: _____

Print Name: Neil W. Prescott, RCE, Civil Engineer, age 90

Case 3:25-cv-07081-VC   Document 1   Filed 08/21/25   Page 8 of 12

# Marriage Certificate

**State of California**

**County of** *Riverside*

**I Hereby Certify** that on *Sept.* *28* 19 *77*
Month    Day

at *Riverside* California, under authority

of a license issued by the County Clerk of the County of *Riverside* , I, the

undersigned, as a *Judge, Superior Court* , joined in marriage

*Neil William Pressatt* and *Maria Pillar Barron-Felix*

in the presence of *Conrado Barron* , residing at *Mexicali, Mexico*

California, and *Ampara Barron/Felix* , residing at *Mexicali, Mexico*

California.

*John D. Mc Ferlaud*
Signature of Person Solemnizing Marriage

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

## COUNTY OF SAN DIEGO

### CERTIFICATE OF DEATH
STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS
VS 11 (REV 3/06)

3202037002635

STATE FILE NUMBER | LOCAL REGISTRATION NUMBER

| | | |
|---|---|---|
| 1. NAME OF DECEDENT- FIRST (Given) **PILLAR** | 2 MIDDLE **BARON FELIX** | 3. LAST (Family) **PRESCOTT** |

| 4 AKA ALSO KNOWN AS - Include (V) AKA (FIRST MIDDLE LAST) | 4 DATE OF BIRTH mm/dd/ccyy **03/28/1944** | 5. AGE Yrs **75** | 6 UNDER ONE YEAR Months / Days | 6 UNDER 24 HOURS Hours / Minutes | 6 SEX **F** |
|---|---|---|---|---|---|

| 9 BIRTH STATE/FOREIGN COUNTRY **MEXICO** | 10 SOCIAL SECURITY NUMBER **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** | 11 EVER IN U.S. ARMED FORCES? YES [X] NO | 12 MARITAL STATUS **MARRIED** | 7 DATE OF DEATH mm/dd/ccyy **02/05/2020** | 8 HOUR (24 Hours) **0955** |
|---|---|---|---|---|---|

| 13 EDUCATION - Highest Level/Degree **HS GRADUATE** | 14 WAS DECEDENT HISPANIC/LATINO(A)/SPANISH? [X] YES **MEXICAN** NO | 16 DECEDENT'S RACE **WHITE** |
|---|---|---|

| 17 USUAL OCCUPATION **HOMEMAKER** | 18 KIND OF BUSINESS OR INDUSTRY **OWN HOME** | 19 YEARS IN OCCUPATION **42** |
|---|---|---|

| 20 DECEDENT'S RESIDENCE (Street and number, or location) **14474 LA HABRA ROAD** |
|---|

| 21 CITY **VICTORVILLE** | 22 COUNTY/PROVINCE **SAN BERNARDINO** | 23 ZIP CODE **92392** | 24 YEARS IN COUNTY **42** | 25 STATE/FOREIGN COUNTRY **CA** |
|---|---|---|---|---|

| 26 INFORMANT'S NAME, RELATIONSHIP **NEIL PRESCOTT, HUSBAND** | 27 INFORMANT'S MAILING ADDRESS (Street and number, or rural route number, city or town, state and zip) **14474 LA HABRA ROAD, VICTORVILLE, CA 92392** |
|---|---|

| 28 NAME OF SURVIVING SPOUSE/SRDP-FIRST **NEIL** | 29 MIDDLE **WILLIAM** | 30 LAST (BIRTH NAME) **PRESCOTT** |
|---|---|---|

| 31 NAME OF FATHER/PARENT-FIRST **CONRAD** | 32 MIDDLE - | 33 LAST **BARON** | 34 BIRTH STATE **MEXICO** |
|---|---|---|---|

| 35 NAME OF MOTHER/PARENT-FIRST **ANAL** | 36 MIDDLE | 37 LAST (BIRTH NAME) **FELIX** | 38 BIRTH STATE **MEXICO** |
|---|---|---|---|

| 39 DISPOSITION DATE mm/dd/ccyy **02/27/2020** | 40 PLACE OF FINAL DISPOSITION **MIRAMAR NATIONAL CEMETERY 5795 NOBEL DRIVE, SAN DIEGO, CA 92122** |
|---|---|

| 41 TYPE OF DISPOSITION(S) **BU** | 42 SIGNATURE OF EMBALMER ▶ **NOT EMBALMED** | 43 LICENSE NUMBER - |
|---|---|---|

| 44 NAME OF FUNERAL ESTABLISHMENT **LEGACY FUNERAL & CREMATION CARE** | 45 LICENSE NUMBER **FD2009** | 46 SIGNATURE OF LOCAL REGISTRAR ▶ **WILMA J WOOTEN, MD MPH** | 47 DATE mm/dd/ccyy **02/13/2020** |
|---|---|---|---|

| 101 PLACE OF DEATH **SCRIPPS MEMORIAL HOSPITAL - LA JOLLA** | 102 IF HOSPITAL, SPECIFY ONE [X] IP ER/OP DOA | 103 IF OTHER THAN HOSPITAL, SPECIFY ONE Hospice Nursing Home/LTC Decedent's Home Other |
|---|---|---|

| 104 COUNTY **SAN DIEGO** | 105 FACILITY ADDRESS OR LOCATION WHERE FOUND **9888 GENESEE AVE** | 106 CITY **LA JOLLA** |
|---|---|---|

| 107 CAUSE OF DEATH | | 107 Time Interval Onset and Death | 108 DEATH REPORTED TO CORONER? |
|---|---|---|---|
| IMMEDIATE CAUSE (A) **PERFORATED BOWEL** | | **DAYS** | YES [X] NO |
| (B) **LYMPHOMA** | | **YRS** | 109 BIOPSY PERFORMED? YES [X] NO |
| (C) | | | 110 AUTOPSY PERFORMED? YES [X] NO |
| (D) | | | 111 USED IN DETERMINING CAUSE? YES NO |

| 112 OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN 107 **NO** |
|---|

| 113 WAS OPERATION PERFORMED FOR ANY CONDITION (ITEM 107 OR 112)? If yes, list type of operation and date.) **NO** | 113A IF FEMALE, PREGNANT IN LAST YEAR? YES [X] NO UNK |
|---|---|

| 114 I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. Decedent Attended Since / Decedent Last Seen Alive (A) mm/dd/ccyy **02/03/2020** (B) mm/dd/ccyy **02/05/2020** | 115 SIGNATURE AND TITLE OF CERTIFIER ▶ **KHAMISAH M. BARGER M.D.** | 116 LICENSE NUMBER **A72692** | 117 DATE mm/dd/ccyy **02/06/2020** |
|---|---|---|---|

| 118 TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE **KHAMISAH M. BARGER M.D. 10666 N TORREY PINES RD, LA JOLLA, CA 92037** |
|---|

| 119 I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. MANNER OF DEATH: Natural Accident Suicide Homicide Pending Investigation Could not be Determined | 120 INJURED AT WORK? YES NO UNK | 121 INJURY DATE mm/dd/ccyy | 122 HOUR (24 Hours) |
|---|---|---|---|

| 123 PLACE OF INJURY (e.g., home, construction site, wooded area, etc.) |
|---|

| 124 DESCRIBE HOW INJURY OCCURRED (Events which resulted in injury) |
|---|

| 125 LOCATION OF INJURY (Street and number, or location, and city, and zip) |
|---|

| 126 SIGNATURE OF CORONER / DEPUTY CORONER ▶ | 127 DATE mm/dd/ccyy | 128 TYPE NAME, TITLE OF CORONER / DEPUTY CORONER |
|---|---|---|

| STATE REGISTRAR | A | B | C | D | E | '010001004413131' | FAX AUTH# | CENSUS TRACT |
|---|---|---|---|---|---|---|---|---|

CASANDIE01

County of San Diego –Health & Human Services Agency – 3851 Rosecrans Street. This is to certify that, if bearing the OFFICIAL SEAL OF THE STATE OF CALIFORNIA, the OFFICIAL SEAL OF SAN DIEGO COUNTY AND THEIR DEPARTMENT OF HEALTH SERVICES EMBOSSED SEAL, this is a true copy of the ORIGINAL DOCUMENT FILED. This copy not valid unless prepared on engraved border displaying seal and signature of Registrar

DATE ISSUED: 2/13/2020   WILMA J. WOOTEN, M.D., M.P.H.
REGISTRAR OF VITAL RECORDS
County of San Diego

A003614927







# V.I.P.

presented to

*Pilar Prescott*

this certificate of award as a

**VERY IMPORTANT PERSON**

is granted in recognition of your
contributions to our school

Stallings Elementary School

*Lydia Wells*

Principal

SPECO — BOX 2026 — KALAMAZOO  MI 49003-2026



# Chula Vista Hills

*Some people want it to happen…some people wish it to happen…*
*others make no excuses and make it happen.*

# CERTIFICATE OF APPRECIATION

This Certificate of Appreciation is awarded with gratitude
by the Chula Vista Hills Staff to

## Pillar Prescott

for volunteering the time and effort to "make it happen"
for the students of Chula Vista Hills.

Dated this 4th day of June, 2004.

_____
Lisa Parker, Principal



**V O L U N T E E R S**
ADD THAT SPECIAL TOUCH



# Certificate of Appreciation

Presented to

*Pillar Prescott*

For

## VOLUNTEER SERVICE

to Mesa Public Schools

in recognition of and appreciation for
the gift of time and talent.

_____
Superintendent

_____
Administrator

*March 3, 1987*
Date