UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIL W PRESCOTT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BAYER AG CORP., et al.,<br><br>　　　　Defendants. | Case No.  25-cv-07081-JD<br><br>**SUA SPONTE JUDICIAL REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

　　The Court requests that the Honorable Vince Chhabria determine whether this case is related to *In re Roundup Products Liability Litigation*, 16-md-02741-VC.  *See* Civil L.R. 3-12(c).

**IT IS SO ORDERED.**

Dated:  October 31, 2025

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JAMES DONATO
　　　　　　　　　　　　　　　　　　　　United States District Judge